# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    **Plaintiff,**

**vs.**                                                     **Case No. 4:18cv79-RH/CAS**

**GADSDEN COUNTY SCHOOLS,**
**and JAMES A SHANKS MIDDLE**
**SCHOOL,**

    **Defendants.**
_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on February 6, 2018, by submitting a civil rights complaint, ECF No. 1, and a motion for leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, Plaintiff's motion is granted and Plaintiff will not be required to pay the filing fee for this case.

Plaintiff's complaint has been reviewed to determine if it is sufficient to state a claim. ECF No. 1. Plaintiff makes a conclusory assertion of retaliation, ECF No. 1 at 2, but Plaintiff provides no facts in support of that claim. Plaintiff does not allege a statement of facts which demonstrate that

he previously engaged in protected First Amendment activity and was retaliated for doing so.  Plaintiff states only that he was interviewed for a teaching position and told to obtain an "Official Statement of Status Eligibility."  *Id.*  After Plaintiff did so, he states that he "was never hired."  *Id.*  Failing to be hired is not, per se, unconstitutional and it is not even clear that a position remained available by the time Plaintiff obtained the required Statement.

Plaintiff has presented no facts from which it may be inferred that his constitutional rights were violated.  There are no facts showing what any Defendant did, or did not do, that violated the Constitution.  Because Plaintiff's complaint is insufficient on its face, this case should be summarily dismissed.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's in forma pauperis motion, ECF No. 2, is **GRANTED**.

2.  The Clerk of Court shall file the complaint without requiring Plaintiff to pay the filing fee.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2018.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**