IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                               CASE NO. 4:18cv79-RH/CAS

GADSDEN COUNTY SCHOOLS,
and JAMES A SHANKS MIDDLE
SCHOOL,

    Defendants.

_____/

## ORDER DISMISSING THE COMPLAINT
## AND GRANTING LEAVE TO AMEND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the complaint fails to state a claim on which relief can be granted. In the objections, the plaintiff alleges additional facts, but those facts are not included in the complaint. This order gives the plaintiff leave to file an amended complaint.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The complaint is dismissed for failure to state a claim upon which relief may be granted. The plaintiff may file an amended complaint by May 24, 2018.

SO ORDERED on May 10, 2018.

s/Robert L. Hinkle<br>
United States District Judge