
# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                    CASE NO. 4:18cv79-RH/CAS

GADSDEN COUNTY SCHOOLS,
and JAMES A SHANKS MIDDLE SCHOOL,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 9. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the amended complaint fails to state a claim on which relief can be granted. A plaintiff sometimes would be given leave to file yet another amended complaint. But this plaintiff has filed 31 cases in this court, almost always with vague and conclusory allegations insufficient to withstand dismissal. No purpose would be served by granting leave to amend further.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "This case is dismissed for failure to state a claim upon which relief may be granted."

3. The plaintiff's pending motions, ECF Nos. 10 and 11, are denied as moot.

4. The clerk must close the file.

SO ORDERED on July 14, 2018.

                                        s/Robert L. Hinkle
                                        United States District Judge